IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES W. SUTTON, III<br>THE LAW OFFICES OF JAMES W.<br>SUTTON, III, PLLC<br><br>Plaintiff,<br><br>vs.<br><br>MAGGIO'S FAMOUS PIZZAS, INC.<br>Defendant. | NO. 18-cv-0728(RBS) |

## STIPULATION FOR DISMISSAL

Counsel for Plaintiffs James W. Sutton, III and The Law Offices of James W. Sutton, III, PLLC and Counsel for Defendant Maggio's Famous Pizzas, Inc., stipulate and agree that, in consideration of the settlement of the above-captioned matter, the above-captioned matter is hereby dismissed pursuant to Loc. R. Civ. P. 41.1(b) with prejudice.

/s/ Jody T. López-Jacobs
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782
*Attorney for Plaintiff*

Date: January 8, 2019

/s/ Jennifer R. Hoover
JENNIFER R. HOOVER
**BENESCH, FRIEDLANDER, COPLAN &**
**ARONOFF, LLP**
One Liberty Place
1650 Market Street, Suite 3628
Philadelphia, PA 19103
(302) 442-7010
*Attorney for Defendant*

Date: January 8, 2019

APPROVED BY THE COURT, THIS 8th DAY OF January, 2019

R. BARCLAY SURRICK, J.

11830466 v1